UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:18-cv-340-MOC-WCM

| | |
|---|---|
| **NATHANIEL PETTY, JR.,** )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>)<br>**CAROLYN W. COLVIN, Acting Commissioner of** )<br>**Social Security,** )<br>)<br>Defendant. ) | **ORDER OF REMAND and JUDGMENT** |

**THIS MATTER** is before the court on Defendant's Consent Motion for Remand (#11). Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Consent Motion for Remand (#11) is **GRANTED** and this matter is hereby **REMANDED** to Defendant for further administrative proceedings and development, all in accordance with Sentence Four of 42 U.S.C. § 405(g). **IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (#9) is denied without prejudice as **MOOT**. This action is otherwise **DISMISSED**.

**JUDGMENT**

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that, pursuant to sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner is **REVERSED** and the cause is **REMANDED** for further administrative proceedings not inconsistent with the consent Motion and this Judgment.

1

Signed: June 7, 2019

Max O. Cogburn Jr
United States District Judge